IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALADWORKS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>SOTTOSANTO SALADS, LLC, and KAREN WEBER,<br><br>      Defendants. | CIVIL ACTION<br>NO. 13-3764 |

## ORDER

**AND NOW**, this 23rd day of June, 2014, upon consideration of Defendants' Motion to Dismiss for Lack of Jurisdiction, or in the Alternative, to Transfer Venue (Docket No. 7), and Plaintiff's Motion to Amend the Complaint (Docket No. 15), as well as all responses and replies thereto, it is hereby **ORDERED** that Plaintiff's Motion to Amend the Complaint is **GRANTED**. It is further **ORDERED** that Defendants' Motion to Dismiss, or in the Alternative, to Transfer Venue is **DENIED**. Defendants shall file an Answer to Plaintiff's Complaint within twenty (20) days.

                                                      **BY THE COURT:**

                                                      **/s/ Jeffrey L. Schmehl**
                                                      **Jeffrey L. Schmehl, J.**